UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
**JAZMYNE MEADE** :
: **CIVIL ACTION NO. 3:20-cv-1266**
**V.** :
:
**WALMART, INC.** :
: **AUGUST 27, 2020**

### DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Walmart, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby removes this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1. The plaintiff, Jazmyne Meade ("Plaintiff"), commenced an action by service of process against the Defendant in state court entitled, *Jazmyne Meade v. Walmart, Inc.*, returnable to the Superior Court, Judicial District of Hartford. A copy of the referenced Summons and Complaint are attached hereto as **Exhibit A**.

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendants of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or around July 30, 2020.

3. In her Complaint, the Plaintiff seeks unspecified damages. However, the Plaintiff alleges the following injuries and damages "thoracic and lumbar spine contusion and sprain/strain injuries, pain and suffering, and her injuries or the effects thereof are or may be permanent in nature."

- 1 -

See Exhibit A at ¶ 4.  The Plaintiff further alleges that she "spent and will be obliged to expend large sums of money for medical care, x-rays, therapy, medication, surgery, and the like in an endeavor to cure herself." Id. at ¶ 5.  In addition, Plaintiff claims that she "was disabled from work and sustained lost earnings."  Id. at ¶ 6. Based on Plaintiff's allegations and Defendant's investigation to date, the damages claimed exceed $75,000.00 upon information and belief.

4. Pursuant to the Summons, the Plaintiff has an address in East Hartford, Connecticut.

5. Defendant, Walmart, Inc., is a corporation organized in the State of Delaware, with a principal place of business in Bentonville, Arkansas. There is complete diversity of citizenship between the Plaintiff and the Defendant.

5. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 27th day of August, 2020.

                                                THE DEFENDANT

                                        By:   /s/ George C. Springer, Jr.
                                              George C. Springer, Jr. [ct03263]
                                              Rogin Nassau LLC
                                              185 Asylum Street, 22nd Floor
                                              Hartford, CT 06103-3460
                                              Tel: (860) 256-6380
                                              Fax: (860) 278-2179
                                              E-mail: gspringer@roginlaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was served electronically this 27th day of August 2020 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    Peter M. Appleton
    Appleton & Appleton, LLC
    266 Pearl Street
    Hartford, CT 06103

                                         /s/ George C. Springer, Jr.
                                         George C. Springer, Jr. [ct03263]

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548-2700 | September 8, 2020 |

| Judicial District ☒ / Housing Session ☐ | G.A. Number: ☐ | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: T   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Appleton & Appleton, LLC, 266 Pearl Street, Hartford, CT 06103 | 006437 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 860 ) 246-5481 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☐ Yes   ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: MEADE, JAZMYNE  Address: 89 Phelps Street, East Hartford, CT 06108 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: WALMART INC.  Address: 708 SW 8th Street, Bentonville, AR 72716 | Agent for Service: CT Corporation System  20 Church Street, Hartford, CT 06103 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Peter M. Appleton, Esq. | Date signed  07/27/2020 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: SEPTEMBER 8, 2020 | : | SUPERIOR COURT |
| JAZMYNE MEADE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| WALMART INC. | : | JULY 27, 2020 |

## COMPLAINT

1. At all times mentioned herein, the defendant, Walmart Inc., has been and continues to be a Delaware corporation authorized to transact business in the State of Connecticut with its principal place of business at 708 SW 8th Street, Bentonville, Arkansas, which owned and operated the Walmart retail store located at 155 Waterford Parkway in Waterford, Connecticut.

2. On or about May 20, 2020, at approximately 5:20 p.m., the plaintiff, Jazmyne Meade, a business invitee of the defendant, was standing in the driveway/parking area serving the defendant's said retail store when she was struck by a shopping cart in a train of shopping carts that were being moved by an employee of the defendant which caused the plaintiff to sustain the serious injuries, losses and damages as hereinafter more fully set forth.

3. The defendant caused the plaintiff to sustain said injuries in that:

a.  its employee was negligent in failing to keep said carts under reasonable and proper control which resulted in striking the plaintiff;

b.  its employee failed to warn the plaintiff that said carts were dangerously close to her; and

c.  it failed to have in place policies and procedures, or its employee failed to follow same, on how to move shopping carts so as to not endanger the safety of business invitees shopping at said retail store and persons in the driveway/parking area such as the plaintiff.

4. As a result of the defendant's negligence and carelessness, as aforesaid, the plaintiff sustained thoracic and lumbar spine contusion and sprain/strain injuries, pain and suffering, and her injuries or the effects thereof are or may be permanent or lasting in nature.

5. As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff spent and will be obliged to expend large sums of money for medical care, x-rays, therapy, medication, surgery, and the like in an endeavor to cure herself.

6. As a further result of the negligence and carelessness of the defendant, as aforesaid, the plaintiff was disabled from work and sustained lost earnings.

APPLETON & APPLETON, LLC • ATTORNEYS AT LAW
266 PEARL STREET • HARTFORD, CONNECTICUT 06103 • (860) 246-5481 • JURIS NUMBER 006437

WHEREFORE, the plaintiff claims monetary damages.

PLAINTIFF – JAZMYNE MEADE

By_____
Peter M. Appleton
APPLETON & APPLETON, LLC
Her Attorneys

ATTEST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

APPLETON & APPLETON, LLC • ATTORNEYS AT LAW
266 PEARL STREET • HARTFORD, CONNECTICUT 06103 • (860) 246-5481 • JURIS NUMBER 006437

| | | |
|---|---|---|
| RETURN DATE: SEPTEMBER 8, 2020 | : | SUPERIOR COURT |
| JAZMYNE MEADE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| WALMART INC. | : | JULY 27, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is Fifteen Thousand (15,000.00) Dollars or more, exclusive of interest and costs.

PLAINTIFF – JAZMYNE MEADE

By_____
Peter M. Appleton
APPLETON & APPLETON, LLC
Her Attorneys

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

APPLETON & APPLETON, LLC • ATTORNEYS AT LAW
266 PEARL STREET • HARTFORD, CONNECTICUT 06103 • (860) 246-5481 • JURIS NUMBER 006437